United States Court of Appeals
 Fifth Circuit
 F I L E D
 IN THE UNITED STATES COURT OF APPEALS
 April 26, 2006
 FOR THE FIFTH CIRCUIT
 Charles R. Fulbruge III
 Clerk

 No. 04-41248
 Summary Calendar

 UNITED STATES OF AMERICA,

 Plaintiff-Appellee,

 versus

 JOSE LUIS ORTIZ,

 Defendant-Appellant.

 --------------------
 Appeal from the United States District Court
 for the Southern District of Texas
 USDC No. 7:03-CR-624-2
 --------------------

Before JONES, Chief Judge, and WIENER and DeMOSS, Circuit Judges.

PER CURIAM:*
 Larry Chris Iles, appointed to represent Jose Luis Ortiz, has

filed a motion to withdraw and brief pursuant to Anders v.

California, 386 U.S. 738, 744 (1967). Ortiz has not filed a

response. Our independent review of the brief and the record

discloses no nonfrivolous issue in this direct appeal.

Accordingly, the motion for leave to withdraw is GRANTED, counsel

is excused from further responsibilities herein, and the APPEAL IS

DISMISSED. See 5TH CIR. R. 42.2.